IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID ENRIQUE ESCOBAR,

    **Plaintiff,**

    v.                                  CASE NO. 24-3119-JWL

JEFF ZMUDA, et al.,

    **Defendants.**

**MEMORANDUM AND ORDER**

    Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas. On July 10, 2024, the Court entered a Notice of Deficiency (Doc. 2) finding that Plaintiff failed to either pay the filing fee or to file a motion for leave to proceed in forma pauperis. The order granted Plaintiff until August 9, 2024, to cure the deficiencies by either paying the filing fee or submitting a motion for leave to proceed in forma pauperis. The order provides that failure to comply within the prescribed time may result in dismissal of this action without prejudice and without further notice. (Doc. 2, at 1–2.) Plaintiff has failed to comply by the Court's deadline.

    Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id*. (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is

not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

Plaintiff has failed to either pay the filing fee or to submit a motion for leave to proceed in forma pauperis by the deadline in the Court's order.

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

Dated August 27, 2024, in Kansas City, Kansas.

> S/ John W. Lungstrum
> JOHN W. LUNGSTRUM
> UNITED STATES DISTRICT JUDGE